## VERNER v. STATE.
### No. 16990.

Court of Criminal Appeals of Texas.
Oct. 31, 1934.

Roach & Roach, of Commerce, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, two years in the penitentiary.

Inspection of the record reveals that the appeal bond in this case was approved by the sheriff only. It should have been approved by the district judge also. There being no proper appeal bond, this court is without jurisdiction.

The appeal is dismissed.